UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Fred R. Braverman, Esq.          #013841980
106 Society Hill Blvd.
Cherry Hill, NJ  08003
Attorney for Debtor(s) Daxeshkumar M. Patel & Sonalben D. Patel

In Re:
　**Daxeshkumar M. Patel**
　**Sonalben D. Patel**

Case No.: 25-10457-JNP

Chapter: 13

Judge: Poslusny

## AMENDMENT TO SCHEDULE D, E, F, G, H or LIST OF CREDITORS

Please specify the list or schedule(s) to be amended:

☐ Schedule D - Creditors Holding Secured Claims               ☐ Schedule H - Codebtors

☐ Schedule E - Creditors Holding Unsecured Priority Claims    ☑ List of Creditors (Matrix)

☑ Schedule F - Creditors Holding Unsecured Claims

☐ Schedule G - Executory Contracts and Unexpired Leases

**IMPORTANT:** Pursuant to D.N.J. LBR 1007-1, the mailing list must be updated when an amendment to Schedule D, E, F, G, or H is filed. Accordingly, there is a fee to amend any of the above schedules. There is no fee due if the nature of the amendment is to add or change the address of a previously listed creditor.

The list or schedule(s) indicated above, having been previously filed, is amended as follows:
(List name and address of creditors being added, deleted or modified and indicate same; use separate sheet if necessary)

| CREDITORS | ACCOUNT NUMBER | AMOUNT DUE |
|---|---|---|
| TAP Dentistry, LLC<br>1910 Route 70 East<br>Suite 4<br>Cherry Hill, NJ  08003-2123 | 7227 | $ 396.20 |
| Refocus Eye Health of NJ, PC<br>P.O. Box 412958<br>Boston, MA  02241-2958 | 6464 | $ 285.00 |
| Refocus Eye Health of NJ, PC<br>87 Grandview Ave.<br>Suite 11<br>Waterbuty, CT  06708-2514 | 6464 | |

rev. 8/1/15

I certify under penalty of perjury that the above information is correct:

Date:  04/01/2025        Debtor's signature:  **/s/Daxeshkumar M. Patel**

Date:  04/01/2025        Debtor's signature:  /s/**Sonalben D. Patel**

* Schedules D, E, F, G or H and the List of Creditors may be amended simultaneously, thereby incurring only one $31fee.

*rev. 8/1/15*

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>Fred R. Braverman, Esq,    # 013841980<br>106 Society Hill Blvd.<br>Cherry Hill, NJ  08003<br>(856) 424-2180<br>Attorney for Debtor(s)<br>Daxeshkumar M. Patel<br>Sonalben D. Patel | |
| In Re:<br>    **Daxeshkumar M. Patel**<br>    **Sonalben D. Patel** | Case No.:  25-10457-JNP<br><br>Chapter:  13<br><br>Judge:  Poslusny |

## LIST OF AMENDED CREDITORS (Matrix)

TAP Dentistry, LLC
1910 Route 70 East
Suite 4
Cherry Hill, NJ  08003-2123

Refocus Eye Health of NJ, PC
P.O. Box 412958
Boston, MA  02241-2958

Refocus Eye Health of NJ, PC
87 Grandview Ave.
Suite 11
Waterbuty, CT  06708-2514

I certify under penalty of perjury that the above information is correct:

Date:   04/01/2025          Debtor's signature:   /s/**Daxeshkumar M. Patel**

Date:   04/01/2025          Debtor's signature:   /s/Sonalben D. Patel

* Schedules D, E, F, G or H and the List of Creditors may be amended simultaneously, thereby incurring only one $31fee.

*rev. 8/1/15*