UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Fred R. Braverman, Esq.    #013841980
106 Socierty Hill Blvd
Cherry Hill, NJ  08003
(856) 424-2180
Attorney for Debtor(s)
Daxeshkumar M. Patel &
Sonalben D. Patel

Case No.: 25-10457-JNP
Chapter: 13
Adv. No.: _____
Hearing Date: _____
Judge: poslusny

In Re:

Daxeshkumar M. Patel &
Sonalben D. Patel

## CERTIFICATION OF SERVICE

1. I, ___Fred R. Braverman, Esq.___ :

    ☒ represent ___Debtors___ in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On ___April 13, 2025___, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    Notice of Chapter 13 Bankruptcy; Notice of Confirmation Hearing; Copy of Modified Plan; Copy of Order Amending Schedue F.

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 04/13/2025            /s/Fred R. Braverman, Esq.
                            Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Andrew B. Finberg<br>Office of Chapter 13 Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ  08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Daxeshkumar M. Patel &<br>Sonalben D. Patel<br>10 Colts Gait Road<br>Marlton, NJ  08053-5710 | Debtors | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Refocus Eye Health of NJ, PC<br>87 Grandview Ave.<br>Suite 11<br>Waterbury, CT  06708-2514 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Refocus Eye Health of NJ, PC<br>P.O. Box 412958<br>Boston, MA  02241-2958 | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| TAP Dentistry, LLC<br>1910 Route 70 East<br>Suite 4<br>Cherry Hill, NJ  08003-2123 | | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |