| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY | |
|---|---|
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>1040 Kings Highway North, Suite 100<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for Affinity Federal Credit Union | |
| In Re:<br><br>Daxeshkumar M. Patel and Sonalben D. Patel,<br><br>Debtors. | Case No.: 25-10457-JNP<br><br>Chapter: 13<br><br>Hrg Date: July 29, 2025 at 11:00AM<br><br>Judge: Hon. Jerrold N. Poslusny, Jr. |

Order Filed on July 29, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**Recommended Local Form**     ☐ Followed     X Modified

## ORDER TERMINATING STAY

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 29, 2025**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

Upon the motion of Affinity Federal Credit Union, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

ORDERED that the automatic stay is terminated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following, or to exercise the movants rights to the following if state court proceedings are concluded or are not required under state law to exercise such rights:

**Personal property more fully described as: <u>2015 Volkswagen Tiguan</u>**

It is further ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject loan documents and pursue its state law remedies including, but not limited to, its right of setoff, repossession and/or suit for replevin, and sale thereafter. Additionally, any purchaser of the property at sheriff's sale, private sale, or auction, or purchaser's assignee, may take any legal action for enforcement of its right to possession of the property.

It is further ORDERED that the movant may join the Debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

It is further ORDERED that the movant shall be permitted to reasonably communicate with Debtor and Debtor's counsel to the extent necessary to comply with applicable non-bankruptcy law.

It is further ORDERED that the Trustee is directed to cease making any further distributions to the Creditor.

It is further ORDERED that the movant shall serve this order on the debtor, any trustee and any other party who entered an appearance on the motion.

It is further ORDERED that this Order shall be immediately effective notwithstanding Fed. R. Bankr. P. 4001(a)(3).