| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY | |
| **Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>SALDUTTI LAW GROUP<br>Rebecca K. McDowell, Esquire – RM3223<br>1040 Kings Highway North, Suite 100<br>Cherry Hill, NJ 08034<br>(856) 779-0300<br>Counsel for Affinity Federal Credit Union | |
| In Re:<br><br>Daxeshkumar M. Patel and Sonalben D. Patel,<br><br>                            Debtors. | Case No.:  25-10457-JNP<br><br>Chapter:  13<br><br>Hrg Date:  July 29, 2025 at 11:00AM<br><br>Judge:  Hon. Jerrold N. Poslusny, Jr. |

## CERTIFICATION OF SERVICE

1. I, **Rebecca K. McDowell, Esq.**:

    X represent **Affinity Federal Credit Union** in this matter.

    ☐ am the secretary/paralegal for _____, who represents _____ in this matter.

    ☐ am the _____ in this case and am representing myself.

2. On **July 30, 2025**, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

    **Order Granting Affinity Federal Credit Union's Motion For Relief from Stay**

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date:  **July 30, 2025**        /s/ Rebecca K. McDowell
                                                                Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Fred R. Braverman<br>Law Office of Fred R. Braverman, Esq.<br>106 Society Hill Blvd.<br>Cherry Hill, NJ 08003 | Debtors' Counsel | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other_____<br>    (as authorized by the court *) |
| Andrew B Finberg<br>Office of the Chapter 13<br>Standing Trustee<br>535 Route 38<br>Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other_____<br>    (as authorized by the court *) |
| Daxeshkumar M. Patel<br>10 Colts Gait Road<br>Marlton, NJ 08053-5710 | Debtor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>    (as authorized by the court *) |
| Sonalben D. Patel<br>10 Colts Gait Road<br>Marlton, NJ 08053-5710 | Co-Debtor | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>    (as authorized by the court *) |

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>US Dept of Justice<br>Office of the US Trustee<br>One Newark Center Ste 2100<br>Newark, NJ 07102 | | ☐ Hand-delivered<br>X Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>X Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court *) |
| | | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☐ Notice of Electronic Filing (NEF)<br>☐ Other_____<br>   (as authorized by the court *) |