Form plncf13 − ntccnfpln13v27

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  25−10457−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Daxeshkumar M. Patel | Sonalben D. Patel |
| aka Daxesh M. Patel, aka Daxeshkum M. Patel | aka Sonal D. Patel |
| 10 Colts Gait Road | 10 Colts Gait Road |
| Marlton, NJ 08053−5710 | Marlton, NJ 08053−5710 |

Social Security No.:
xxx−xx−6153                                                    xxx−xx−7743

Employer's Tax I.D. No.:

---

**NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN**

   NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on August 12, 2025.

Dated: August 13, 2025
JAN: cm

                                                                                        Jeanne Naughton
                                                                                        Clerk

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-10457-JNP |
| Daxeshkumar M. Patel | Chapter 13 |
| Sonalben D. Patel | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 3 |
| Date Rcvd: Aug 13, 2025 | Form ID: plncf13 | Total Noticed: 46 |

The following symbols are used throughout this certificate:
**Symbol      Definition**

+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 15, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Daxeshkumar M. Patel, Sonalben D. Patel, 10 Colts Gait Road, Marlton, NJ 08053-5710 |
| 520513494 | + | Goodleap, LLC, P.O. Box 981440, El Paso, TX 79998-1440 |
| 520513495 | + | Horizon Services, 307 Ruthar Drive, Newark, DE 19711-8016 |
| 520513496 | + | Jahnvi Daxesh Patel, 10 Colts Gait Run, Marlton, NJ 08053-5710 |
| 520612963 | | Refocus Eye Health f NJ, PC, 87 Grandview Ave., Suite 11, Waterbury, CT 06708-2514 |
| 520612962 | | Refocus Eye Health of NJ, PC, P.O. Box 412958, Boston, MA 02241-2958 |
| 520513502 | | Service Finance Co., PO Box 645766, Cincinnati, OH 45264-5766 |
| 520612961 | | TAP Dentistry, LLC, 1910 Route 70 East, Suite 4, Cherry Hill, NJ 08003-2123 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Aug 13 2025 21:18:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Aug 13 2025 21:18:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: rmcdowell@slgcollect.com | Aug 13 2025 21:17:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 North Kings Highway, Suite 100, Cherry Hill, NJ 08034-1925 |
| 520540644 | + | Email/Text: rmcdowell@slgcollect.com | Aug 13 2025 21:17:00 | Affinity Federal Credit Union, c/o Saldutti Law Group, 1040 Kings Highway N., Suite 100, Cherry Hill, NJ 08034-1925 |
| 520513487 | + | Email/Text: bankruptcycare@affinityfcu.com | Aug 13 2025 21:17:00 | Affinity Federal Credit Union, 73 Mountainview Blvd., P.O. Box 621, Basking Ridge, NJ 07920-0621 |
| 520525572 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2025 21:27:49 | BMW Bank of North America, AIS Portfolio Services, LLC, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520528511 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Aug 13 2025 21:38:12 | BMW Bank of North America c/o AIS Portfolio Servic, 4515 N. Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 520513489 | | Email/PDF: acg.bmw.ebn@aisinfo.com | Aug 13 2025 21:38:31 | BMW Financial Services, PO Box 3608, Dublin, OH 43016 |
| 520513488 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2025 21:26:43 | Best Buy Credit Services, PO Box790441, Saint Louis, MO 63179-0441 |
| 520513491 | | Email/Text: skeller@crossriver.com | Aug 13 2025 21:17:00 | Cross River Bank, 885 Teaneck Road, Teaneck, NJ 07666 |
| 520513490 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Aug 13 2025 21:26:47 | Citi Bank, PO Box 6497, Sioux Falls, SD |

Case 25-10457-JNP   Doc 40   Filed 08/15/25   Entered 08/16/25 00:18:33   Desc Imaged
Certificate of Notice   Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 13, 2025 | Form ID: plncf13 | Total Noticed: 46 |

| Recipient ID | | Delivery Method | Date/Time | Address |
|---|---|---|---|---|
| 520513492 | + | Email/Text: EBN@edfinancial.com | Aug 13 2025 21:16:00 | EDfinancial Services, LLC, 298 N. Seven Oaks Drive, Knoxville, TN 37922-2369 |
| 520513493 | + | Email/Text: EBN@edfinancial.com | Aug 13 2025 21:16:00 | EDfinancial Services, LLC, P.O. Box 36008, Knoxville, TN 37930-6008 |
| 520758883 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 21:27:19 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520758884 | + | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 21:26:43 | LVNV Funding LLC, PO Box 10587, Greenville, SC 29603, LVNV Funding LLC, PO Box 10587, Greenville, SC 29603-0587 |
| 520596619 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 13 2025 21:27:06 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 520513497 | | Email/Text: ProsperBK@prosper.com | Aug 13 2025 21:18:00 | Prosper Marketplace, Inc., 221 Maine Street, Suite 300, San Francisco, CA 94105 |
| 520513498 | ^ | MEBN | Aug 13 2025 21:05:19 | PSE&G, PO Box 14444, New Brunswick, NJ 08906-4444 |
| 520527071 | + | Email/Text: bncmail@w-legal.com | Aug 13 2025 21:17:00 | Prosper Funding LLC, C/O Weinstein & Riley, P.S., 749 GATEWAY, SUITE G-601, ABILENE, TX 79602-1196 |
| 520513500 | | Email/Text: bankruptcy@roundpointmortgage.com | Aug 13 2025 21:17:00 | Roundpoint Mortgage Servicing, LLC, 446 Wrenplace Road, Mailstop 150, Fort Mill, SC 29715 |
| 520583952 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 13 2025 21:26:56 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 520513499 | ^ | MEBN | Aug 13 2025 21:05:11 | Roundpoinr Mortgage Servicing Corp, P.O. Box 19409, Charlotte, NC 28219-9409 |
| 520513504 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2025 21:38:21 | SYNCB, Bankruptcy Dept., PO Box 965060, Orlando, FL 32896-5060 |
| 520513505 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2025 21:27:36 | SYNCB/Lowes, Bankruptcy Dept., PO Box 71783, Philadelphia, PA 19176-1783 |
| 520513506 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2025 21:28:00 | SYNCB/MattrsssWarehouse, Bankruptcy Dept., PO Box 71783, Philadelphia, PA 19176-1783 |
| 520513507 | | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 13 2025 21:51:08 | SYNCB/PC Richards, Bankruptcy Dept., PO Box 71783, Philadelphia, PA 19176-1783 |
| 520513501 | | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 13 2025 21:19:00 | Select Portfolio Services, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 520513503 | + | Email/Text: servicing@svcfin.com | Aug 13 2025 21:17:00 | Service Finance Co., 555 S. Federal Hwy, Suite 200, Boca Raton, FL 33432-6033 |
| 520588054 | | Email/Text: bankruptcy@bbandt.com | Aug 13 2025 21:17:00 | Service Finance, a division of Truist Bank, PO Box 1847, Wilson, NC 27894-1847 |
| 520513508 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Aug 13 2025 21:16:00 | TBOM/ATLS/FORTIVA, PO Box 105555, Atlanta, GA 30348-5555 |
| 520554356 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Aug 13 2025 21:16:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 520513509 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Aug 13 2025 21:17:00 | Toyota Motor Credit Corporation, PO Box 5855, Carol Stream, IL 60197-5855 |
| 520513510 | | Email/Text: bknotice@upgrade.com | Aug 13 2025 21:16:00 | Upgrade Inc., 2 N. Central Ave., 10th Floor, Phoenix, AZ 85004 |
| 520522574 | | Email/Text: bknotice@upgrade.com | Aug 13 2025 21:16:00 | Upgrade, Inc., 2 N Central Ave Floor #10, Phoenix, AZ 85004 |
| 520513511 | + | Email/Text: bankruptcy@webbank.com | | 57117-6497 |

| | | Aug 13 2025 21:16:00 | WebBank, 215 South State Street, Suite 1000, Salt Lake City, UT 84111-2336 |
|---|---|---|---|
| 520513512 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 13 2025 21:27:10 | Wells Fargo Bank, N.A., PO Box 71118, Charlotte, NC 28272-1118 |
| 520558735 | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Aug 13 2025 21:27:15 | Wells Fargo Bank, N.A., PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 520598401 | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Aug 13 2025 21:19:00 | Wilmington Savings Fund Society, at. el, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City UT 84165-0250 |

TOTAL: 38

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2025    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 13, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Denise E. Carlon | on behalf of Creditor Wilmington Savings Fund Society FSB, not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1 dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Fred R. Braverman | on behalf of Joint Debtor Sonalben D. Patel bravelaw@comcast.net |
| Fred R. Braverman | on behalf of Debtor Daxeshkumar M. Patel bravelaw@comcast.net |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com anovoa@slgcollect.com |
| Thomas B. O'Connell | on behalf of Creditor Affinity Federal Credit Union toconnell@slgcollect.com anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7