Printed on: 12/31/2025
ANDREW B. FINBERG [*ICB-99001-00*]

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
**Case Number: 25-10457 (JNP)**

Daxeshkumar M. Patel and Sonalben D. Patel
10 Colts Gait Road
Marlton, NJ  08053-5710

Monthly Payment: $100.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/31/2025 | $100.00 | 02/24/2025 | $100.00 | 03/28/2025 | $100.00 | 04/29/2025 | $100.00 |
| 05/28/2025 | $100.00 | 06/30/2025 | $100.00 | 07/29/2025 | $100.00 | 08/28/2025 | $100.00 |
| 09/30/2025 | $100.00 | 10/28/2025 | $100.00 | 12/01/2025 | $100.00 | 12/30/2025 | $100.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | DAXESHKUMAR M. PATEL | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | FRED R. BRAVERMAN, ESQUIRE | 13 | $2,750.00 | $900.00 | $1,850.00 | $0.00 |
| 1 | AFFINITY FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | BMW BANK OF NORTH AMERICA | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | BEST BUY CREDIT SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | RESURGENT RECEIVABLES, LLC | 33 | $3,478.29 | $0.00 | $3,478.29 | $0.00 |
| 5 | CROSS RIVER BANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 6 | EDFINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | EDFINANCIAL SERVICES, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 8 | GOODLEAP, LLC | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 9 | HORIZON SERVICES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | JAHNVI DAXESH PATEL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 11 | PSE&G | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 12 | LVNV FUNDING, LLC | 33 | $15,021.72 | $0.00 | $15,021.72 | $0.00 |
| 13 | ROUNDPOINR MORTGAGE SERVICING CORP | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | ROUNDPOINT MORTGAGE SERVICING, LLC | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 15 | SYNCB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | SYNCB/LOWES | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | SYNCB/MATTRSSSWAREHOUSE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | RESURGENT RECEIVABLES, LLC | 33 | $1,952.15 | $0.00 | $1,952.15 | $0.00 |
| 19 | SELECT PORTFOLIO SERVICING, INC. | 24 | $5,043.35 | $0.00 | $5,043.35 | $0.00 |
| 20 | SERVICE FINANCE COMPANY, LLC | 33 | $5,736.96 | $0.00 | $5,736.96 | $0.00 |
| 21 | SERVICE FINANCE CO. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | TBOM/ATLS/FORTIVA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 23 | TOYOTA LEASE TRUST | 24 | $0.00 | $0.00 | $0.00 | $0.00 |
| 24 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 25 | UPGRADE, INC. | 33 | $10,812.97 | $0.00 | $10,812.97 | $0.00 |
| 26 | WEBBANK | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN
WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|-----------|-------------|------------------|
| 27 | WELLS FARGO BANK, N.A. | 33 | $2,945.88 | $0.00 | $2,945.88 | $0.00 |
| 28 | ANDREW B FINBERG | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | Fred R. Braverman | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 30 | SONALBEN D. PATEL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | AFFINITY FEDERAL CREDIT UNION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | AFFINITY FEDERAL CREDIT UNION | 33 | $18,735.89 | $0.00 | $18,735.89 | $0.00 |
| 33 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $3,947.80 | $0.00 | $3,947.80 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|------------|---------|
| 02/01/2025 | 14.00 | $100.00 |
| 04/01/2026 | 16.00 | $960.00 |
| 08/01/2027 | 1.00 | $1,341.00 |
| 09/01/2027 | 11.00 | $2,211.00 |
| 08/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $1,200.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $180.00 |
| Arrearages: | ($100.00) |
| Attorney: | FRED R. BRAVERMAN, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**