UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**
Matthew Fissel, Esquire
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
Wilmington Savings Fund Society, FSB, not in its
individual capacity but solely as Owner Trustee for the
FLIC Residential Mortgage Loan Trust 1

**Order Filed on June 17, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

Case No.:  25-10457 JNP

Chapter: 13

Hearing Date: 6/9/2026 @ 11am

Judge:  Jerrold N. Poslusny, Jr.

In Re:
Sonalben D. Patel aka Sonal D. Patel
Daxeshkumar M. Patel aka Daxesh M. Patel, aka
Daxeshkum M. Patel
Debtors

## ORDER CURING POST-PETITOIN ARREARS & RESOLVING MOTION FOR RELIEF FROM STAY

      The relief set forth on the following pages, numbered two (2) through three (3) is hereby **ORDERED.**

**DATED: June 17, 2026**

Honorable Jerrold N. Poslusny, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor:  Sonalben D. Patel aka Sonal D. Patel & Daxeshkumar M. Patel aka Daxesh M. Patel, aka
Daxeshkum M. Patel
Case No:  25-10457 JNP
Caption of Order:  ORDER CURING POST-PETITON ARREARS & RESOLVING MOTION FOR
RELIEF FROM STAY

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Wilmington Savings Fund Society, FSB, not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1, Matthew Fissel, Esq. appearing, upon a motion to vacate the automatic stay as to real property located at 10 Colts Gait Road, Marlton, NJ, 08053, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Fred R. Braverman, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of May 12, 2026 Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due March 2026 through May 2026 for a total post-petition default of $6,687.66 (3 @ $3,052.24; less $2,469.06 in suspense); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of 6,687.66 will be paid by Debtor remitting $1,114.61 per month in addition to the regular monthly mortgage payment, which additional payments shall begin on June 1, 2026 and continue for a period of six months until the post-petition arrears are cured; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume June 1, 2026, directly to Secured Creditor's servicer, (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $350.00 for attorneys' fees and $199.00 for filing fees, totaling $549.00, which is to be paid through Debtors' Chapter 13 plan; and

**(Page 3)**

Debtor:  Sonalben D. Patel aka Sonal D. Patel & Daxeshkumar M. Patel aka Daxesh M. Patel, aka
Daxeshkum M. Patel

Case No:  25-10457 JNP

Caption of Order:  ORDER CURING POST-PETITON ARREARS & RESOLVING MOTION FOR
RELIEF FROM STAY

_____

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Motion for Relief is

hereby resolved.

United States Bankruptcy Court

District of New Jersey

| | |
|---|---|
| In re: | Case No. 25-10457-JNP |
| Daxeshkumar M. Patel | Chapter 13 |
| Sonalben D. Patel | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-1 | User: admin | Page 1 of 2 |
| Date Rcvd: Jun 18, 2026 | Form ID: pdf903 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 20, 2026:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | Daxeshkumar M. Patel, Sonalben D. Patel, 10 Colts Gait Road, Marlton, NJ 08053-5710 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 20, 2026          Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com  ecf.mail_9022@mg.bkdocs.us |
| Fred R. Braverman | on behalf of Debtor Daxeshkumar M. Patel bravelaw@comcast.net |
| Fred R. Braverman | on behalf of Joint Debtor Sonalben D. Patel bravelaw@comcast.net |
| Matthew K. Fissel | on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee for the FLIC Residential Mortgage Loan Trust 1 bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Rebecca K. McDowell | on behalf of Creditor Affinity Federal Credit Union rmcdowell@slgcollect.com  anovoa@slgcollect.com |
| Thomas B. O'Connell | on behalf of Creditor Affinity Federal Credit Union toconnell@slgcollect.com  anovoa@slgcollect.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-1                              User: admin                                    Page 2 of 2
Date Rcvd: Jun 18, 2026                          Form ID: pdf903                               Total Noticed: 1

Vincent Alexander Aprile

       on behalf of Creditor Wilmington Savings Fund Society  FSB, not in its individual capacity but solely as Owner Trustee for the
FLIC Residential Mortgage Loan Trust 1 vaprile@raslg.com

TOTAL: 8